UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHANTE PRYCE,

                    Plaintiff,

    -against-                                      21 **CIVIL** 1698 (KPF)

                                                             **JUDGMENT**

UNITED STATES OF AMERICA,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 8, 2022, the Court's focus in the Opinion on the legal issues raised in the parties' submissions should not be taken as a lack of concern for the physical and emotional injuries alleged by Plaintiff. The fact remains, however, that for the various reasons set forth in the Opinion, the Court cannot consider her claims. The Government's motion to dismiss is GRANTED. Plaintiff's claims against CFCC are dismissed with prejudice, and Plaintiff's claims against Weiler Hospital and Dr. Chuang are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        August 10, 2022

                                                          **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                                **BY:**    *K. Mango*

                                                            **Deputy Clerk**